IN RE **Nalbandyan, Sahak** _____ Case No. **LA 04-34245-EC** _____
                             Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Residence at 2132 E. Chevy Chase Drive Glendale, CA 91206 | CCCP § 704.730(a)(1) | 50,000.00 | 700,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Household furnishings | CCCP § 704.020 | 1,500.00 | 1,500.00 |
| Clothing | CCCP § 704.020 | 500.00 | 500.00 |
| Jewelry | CCCP § 704.040 | 500.00 | 500.00 |

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only