IN RE __Nalbandyan, Sahak_____     Case No. __LA 04-34245-EC__
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 1000161458<br>SLS<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129-2386 | | | Deed of trust<br>residence located at 2132 E. Chevy Chase Drive Glendale, CA 91206-1716<br><br>Value $ 700,000.00 | | | | 633,196.23 | |
| Account No.<br>California Reconveyance<br>TS # 706617<br>9301 Corbin Ave<br>Northridge, CA 91324-2406 | | | Assignee or other notification for:<br>SLS<br><br>Value $ | | | | | |
| Account No.<br> | | | <br>Value $ | | | | | |
| Account No.<br> | | | <br>Value $ | | | | | |
| Account No.<br> | | | <br>Value $ | | | | | |

___0___ Continuation Sheets attached

Subtotal (Total of this page) | 633,196.23

(Complete only on last sheet of Schedule D) **TOTAL** | 633,196.23

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

